UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D.J.Y., by and through his Next
Friend, Kelly York,

                  Plaintiff,

v.

Ypsilanti Community Schools,
Sharron Irvine, Paula Sizemore,
Kimberly Ferrell, Ann Robinson,
Thomas Woodard, Washtenaw
County, Aaron Hendricks, Katrina
Bourdeau, and Jasmine Gates,

                  Defendants.

_____/

Case No. 14-11467
Hon. Judith E. Levy
Mag. Judge David R. Grand

## **JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed with prejudice.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                     By:   s/Felicia M. Moses
                            DEPUTY COURT CLERK

2

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE